**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA     :     Hon. Stanley R. Chesler

          : 

     v.                 :     Criminal No. 10-00599 (SRC)

          : 

WADE BRUTON            :     **ORDER**

      The Court having presided over the defendant's guilty plea to Count 6 of the Petition for Violation of Supervised Release charging him with unlawful use of marijuana, a controlled substance, it is hereby ORDERED:

      1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

      2. Defendant shall appear before this Court for sentencing on September 17, 2012 at 9:30 a.m.; and

      3. Defendant shall remain on supervised release pending sentencing. As a special condition of supervised release, he shall submit to periodic drug testing as set forth by Probation. All other original terms of supervised release remain in effect.

                     _____
                     HON. STANLEY R. CHESLER
                     United States District Judge

Dated: June 20, 2012