UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 10-00559 (SRC)

v. :

WADE BRUTON : **ORDER**

The Court having conducted a sentencing hearing following the guilty plea that defendant previously entered on June 20, 2012 to Count 6 of the Petition for Violation of Supervised Release charging him with unlawful use of marijuana, a controlled substance, it is hereby ordered:

1. Defendant's supervised release is hereby REVOKED;

2. Defendant is remanded to the custody of the United States Bureau of Prisons to serve a term of imprisonment of seventy-five (75) days;

3. Following defendant's release from the custody of the United States Bureau of Prisons, defendant shall serve a term of Supervised Release of two years and two hundred ninety days (290). All of the terms and conditions of Supervised Release set forth in the Judgment entered on January 10, 2011 in this matter shall apply, including drug testing and treatment as determined by the probation officer;

4. Defendant shall surrender to the custody of the United States Bureau of Prisons at a date and time designated by the Bureau of Prisons;

5. All other violations alleged in the Petition for Violation of Supervised Release are hereby dismissed.

_____
HON. STANLEY R. CHESLER
United States District Judge

Dated: October 4, 2012